**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MAX HOLLAND,              )<br>             Plaintiff,     )<br>                                      )<br>v.                                   )<br>                                      )<br>U.S. NATIONAL ARCHIVES AND  )<br>RECORDS ADMINISTRATION,  )<br>             Defendant.     )<br>_____) | Case No. 13-1059 (CKK) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Michael Bekesha of Judicial Watch, Inc. hereby enters his appearance on behalf of Plaintiff Max Holland in the above-captioned matter.

Dated: July 12, 2013                                                  Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199

*Counsel for Plaintiff*